# RETURN OF SERVICE

**Case No: 1:26–CV–07207–JLT–EPG**

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
|---|---|
| Mary Immaculate Queen School, | 10/6/2026 |
| NAME OF SERVER *(PRINT)* | TITLE |
| JOSEPH YBARRA | PROCESS SERVER |

***Check one box below to indicate appropriate method of service:***

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Documents left with Kim Hodges, Mary Immaaculate Queen School Adminstrator

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $60.00 | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/6/2026
Date

*Signature of Server*

3824 S West St, Visalia, CA 9377
*Address of Server*